# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MICHAEL DESISTO, | Case No. CV 18-3008-FMO (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| T. LEMON, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: 10/25/18

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE